**Order entered May 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00426-CV

## IN RE AARON WADE SMITH, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 060321**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue a written ruling on relator's "Habeas Corpus / District Court" motion within thirty (30) days of the date of this order. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its order evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue.

/s/     KEN MOLBERG
        JUSTICE